UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VANE LINE BUNKERING, INC.<br>**Plaintiff**<br><br>versus<br><br>THOMA-SEA BOAT BUILDERS, INC. and<br>THOMA-SEA MARINE<br>CONSTRUCTORS, L.L.C.<br>**Defendant** | CIVIL ACTION<br><br>NO.<br><br>SECTION<br><br>MAG. |

## COMPLAINT

TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:

The Complaint of Van Line Bunkering, Inc. against Thoma-Sea Boat Builders, Inc. and Thoma-Sea Marine Constructors, L.L.C., in a cause of property damage and loss, alleges upon information and belief, as follows:

1.

At all times pertinent hereto, Plaintiff Vane Line Bunkering, Inc. (hereinafter referred to as "Vane") was and now is a Maryland corporation or other legal entity duly organized, created and existing pursuant to the laws of the United States of America with its principal office and place of business located in Baltimore, Maryland.

2.

At all times pertinent hereto, Defendant Thoma-Sea Boat Builders, Inc. (hereinafter referred to as "Thoma-Sea") was and now is a Louisiana corporation or other legal entity duly organized, created and existing pursuant to the laws of the United States of America with its principal office and place of business located in Houma, Louisiana.

3.

At all times pertinent hereto, Defendant Thoma-Sea Marine Constructors, L.L.C. was and now is a Louisiana corporation or other legal entity duly organized, created and existing pursuant to the laws of the United States of America with its principal office and place of business located in Houma, Louisiana. Upon information and belief, Thoma-Sea Marine Constructors, L.L.C. is the successor company to Thoma-Sea Boat Builders, Inc.

4.

This Honorable Court has original jurisdiction over this action pursuant to 28 USC §1332 as the matter at controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different States.

5.

This Honorable Court has original jurisdiction over this action pursuant to 28 USC §1333 as it involves a claim under the Admiralty and Maritime Laws of the United States of America.

6.

Venue is proper in this district as the wrongful conduct and negligent acts giving rise to plaintiff's claims occurred in this district.

7.

Plaintiff asserts Louisiana state law and general maritime law claims against the defendants, as applicable. To the extent general maritime law claims are being asserted herein, plaintiff brings such claims in this proceeding pursuant to Rule 9(h) of the Federal Rules of Civil Procedure.

8.

Vane and Thoma-Sea entered into a Vessel Sale Agreement on or about April 7, 2004 for Thoma-Sea to build at least four (4) vessels for Vane. This Agreement was amended on or about June 30, 2005 and again on May 2, 2006 regarding an agreement for Thoma-Sea to build additional vessels for Vane.

9.

Pursuant to the Vessel Sale Agreement and amendments, Thoma-Sea built and sold the Tug POTOMAC to Vane. The Tug POTOMAC was delivered to Vane in 2007 and subsequently put into service.

10.

On or about August 14, 2012 while the Tug POTOMAC was completing a voyage from New York to Wilmington, Delaware, an oil sheen was noticed emanating from the starboard stern quarter once the tug arrived at Wilmington Anchorage.

11.

The Tug POTOMAC was subsequently dry-docked and it was discovered that the tug's hull had suffered severe and excessive corrosion which was caused by accelerated electrolysis

corrosion of the tug's hull and other structures.

12.

Testing, evaluation and analysis revealed that the accelerated corrosion was the result of improper vessel construction. In particular, the copper alloy keel cooler was not sufficiently insulated from the steel hull.

13.

As a result of the foregoing, Plaintiff suffered damages and losses in the amount of $402,092.66, plus survey fees and expenses which were caused by the fault and negligence of defendant Thoma-Sea and/or those for whom Defendant Thoma-Sea is responsible, all of which was in breach of the obligations of Defendant Thoma-Sea under the Vessel Sale Agreement and amendments.

14.

Additionally, the damage and loss as described above was caused by the fault, neglect, breach of contract, breach of express and applied warranty of workmanlike performance, and redhibitory defects of Defendant Thoma-Sea to properly construct, build and deliver the Tug POTOMAC.

15.

All and singular, the matters aforesaid are true and correct.

WHEREFORE, Plaintiff prays that:

a) The Defendant, Thoma-Sea Boat Builders, Inc. be served with a copy of this Complaint, together with a summons to appear and answer under oath all and singular the matters aforesaid;

b)  The Defendant, Thoma-Sea Marine Constructors, L.L.C. be served with a copy of this Complaint, together with a summons to appear and answer under oath all and singular the matters aforesaid;

c)  The Court order, adjudge and decree that Defendants, Thoma-Sea Boat Builders, Inc. and Thoma-Sea Marine Constructors, L.L.C. pay to Plaintiff the damages and losses sustained by it, together with interest thereon and its costs and disbursements;

d)  Plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Respectfully submitted,

MONTGOMERY BARNETT, LLP

BY:  /s/ *Philip S. Brooks, Jr.*
PHILIP S. BROOKS, JR. (#21501)
E-mail: pbrooks@monbar.com
RONALD J. KITTO (#28638)
E-mail: rkitto@monbar.com
3300 Energy Centre, 1100 Poydras Street
New Orleans, La. 70163-3200
Phone: (504) 585-3200
Fax: (504) 585-7688
Attorneys for Plaintiffs

**SERVICE BY WAIVER:**

Thoma-Sea Boat Builders, Inc.
Through its Registered Agent:
Mr. Robert G. Jackson
111 Founders Drive, Suite 400
Baton Rouge, LA 70810

Thoma-Sea Marine Constructors, L.L.C.
Through its Registered Agent:
Mr. Robert G. Jackson
111 Founders Drive, Suite 400
Baton Rouge, LA 70810